# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLANIYAN ADEFUMI, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
| | ) NO. 09-586 |
| THE CITY OF PHILADELPHIA, | ) |
| Defendant. | ) |

## ORDER

**AND NOW**, this 29th day of March 2011, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint [Doc. No. 21], Plaintiff's Responses thereto [Doc. Nos. 26 & 29], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motions to Dismiss is **GRANTED**, and the Complaint is **DISMISSED with prejudice**.

The Clerk is directed to **CLOSE** this case.

It is so **ORDERED**.

                                            **BY THE COURT:**

                                            **/s/ Cynthia M. Rufe**
                                            **CYNTHIA M. RUFE, J.**